<u>**IN THE COURT OF APPEALS OF TENNESSEE**</u>
_____

<u>**AT KNOXVILLE**</u>

**FILED**

**August 25, 1999**

**Cecil Crowson, Jr.
Appellate Court
Clerk**

| | | |
|---|---|---|
| NATIONSBANK OF TENNESSEE, | ) | HAMILTON CHANCERY |
| | ) | (No. 73919) |
|     Plaintiff/Apellant | ) | |
| | ) | |
| v. | ) | NO. 03A01-9808-CH-00279 |
| | ) | |
| FORMPAK, INC. and | ) | HON. HOWELL N. PEOPLES |
| RON CAMPBELL, | ) | CHANCELLOR |
| | ) | |
|     Defendants/Appellees | ) | |

**O R D E R**

_____The Opinion in this case filed on June 25, 1999 is hereby withdrawn.

IT IS SO ORDERED.

ENTER:

_____
William H. Inman, Senior Judge

_____
Herschel P. Franks, Judge

_____
Charles D. Susano, Jr., Judge